Jeffrey M. Lenkov (State Bar No. 156478)
 jml@manningllp.com
David J. Shinder (State Bar No. 323499)
 dxs@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for SIDESHOW, INC.

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDESHOW, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN DAMON, an individual; ZACHARY VENABLE, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02123-RGK-JC<br>Hon. Judge R. Gary Klausner<br><br>[PROPOSED] JUDGMENT<br><br><br>Complaint filed: March 4, 2020 |

　　　Plaintiff Sideshow Inc.'s ("Plaintiff") Motion for Default Judgment against Defendant Susan Damon ("Defendant Damon")  came before this Court on or about October 19, 2020. Plaintiff's Motion for Default Judgment against Defendant Zachary Venable ("Defendant Venable") came before this Court on or about March 9, 2022.

**IT IS THEREFORE ORDERED that:**

　　　1. The Court grants damages against Defendant Damon in the amount of $44,000.

　　　2. The Court grants injunctive relief in favor of Plaintiff prohibiting Defendant Damon from making disparaging statements regarding Plaintiff, in further violation of the Agreement between the Parties.

3.. Defendant Damon is prohibited from operating any social media account bearing the name "Sideshow" or which can be reasonably inferred as being connected to Plaintiff.

4. Defendant Damon is required to remove all of the disparaging statements from the various social media platforms to which they were posted, in violation of the Agreement between the Parties.

5. The Court grants damages against Defendant Venable in the amount of $867,321.25.

6. The Court grants injunctive relief in favor of Plaintiff prohibiting Defendant Venable from making additional disparaging statements regarding Plaintiff; prohibiting the operations of social media accounts with the name "Sideshow"; and requiring the removal of all previously posted disparaging statements against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 25, 2022

_____
Judge R. Gary Klausner
United States District Court